# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:13-cr-00037-RWS-JCF
### USA v. Kleinsmith
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 03/07/2016.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:35 A.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:30                DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Matthew Kleinsmith Present at proceedings |
| ATTORNEY(S) PRESENT: | Neil Taylor representing Matthew Kleinsmith<br>** Mary Jane Stewart representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentence: 5 years probation. Restitution: Joint and several for $2,048,163.00 to Ordner Construction Co., $500,000.00 each to D.D & D.S. Court waived the fine. No sentence objections. |